FILED
2019 Sep-01 PM 05:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

NORTHWEST DIVISION

| | | |
|---|---|---|
| **CHERYL JARMON-GOODMAN** | } | |
| Plaintiff. | } | |
| | } | |
| v | } | Case No.:  3:18-cv-591-CLS |
| | } | |
| **SAM GARRISON, et.al.** | } | |
| Defendants. | | |

## MOTION TO WITHDRAW AS COUNSEL

    COMES NOW, the undersigned attorney for the Plaintiff, Terrell McCants and pray this court to enter an order granting leave to withdraw as counsel for the Plaintiff herein. As grounds for this motion, the attorney shows:

1. The Plaintiff has terminated representation by writing.
2. Plaintiff has retained new counsel.
3. Continued representation is not feasible as the Plaintiff has terminated said representation.

    WHEREFORE, premises considered, the undersigned prays that this Court enter its order allowing withdrawal herein. On this, the 1st day of September, 2019.

                                                                          Respectfully submitted,

/s/ Terrell E. McCants

Terrell E. McCants (MCC176)

Burrell & McCants, LLC.

712 32nd St. South

Birmingham, Alabama 35233

205.202.5599 (Telephone)

205.918.8041 (Facsimile)

Terrell@burrellmccants.com

CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2019, a copy of the same has been served by email or efile to counsel of record and if by fax efile, with the Clerk of the Court using the CM/ECF system .

/s/ Terrell E. McCants

Terrell E. McCants