To The United States District Court

Northern District of Alabama

Northwestern District

FILED
2019 SEP 18 P 12: 15
U.S. DISTRICT COURT
N.D. OF ALABAMA

CIVIL ACTION NO. CV-18-S-591-NW —CLS

**CHERYL JARMON GOODMAN**, Plaintiff

VS.

**CITY OF MUSCLE SHOALS, ALABAMA et.al,**

Date: September 15, 2019

## LETTER OF AFFIDAVIT

**COMES NOW**, Cheryl Jarmon Goodman, is hereby responding to an order that was sent to me on September 13, 2019. I terminated my Representative of Counsel Mr. Terell McCants on September 2, 2019. Mr. McCants has failed on several attempts to notify the bankruptcy court during the duration of this civil lawsuit of how my case was going. The bankruptcy courts had contacted Mr. McCants several times about responding back and he never did. I got a notice from the courts stating that Mr. McCants needed to notify the bankruptcy court again and on August 6, 2019, Mr. McCants still did not respond. The bankruptcy court then sent me another letter stating that I had to appear in court on September 5, with Mr. McCants present or my bankruptcy case would be dismissed due to Mr. McCants not responding he was notified of this with a letter from the courts he did not appear. So I felt the need to terminate him based on the information from the bankruptcy court. My siblings have hired another Representative of Counsel for me, but he will not take on this case until all documentation, evidence and paperwork has been sent to me from Mr. McCants office or he will not proceed further. Mr. McCants has not sent any of this information to me so therefore I am left without representation until my new Representative of Counsel receives all the information from me and Mr. McCants. I have tried working with Mr. McCants for the past year and a half and he failed to get or provide the sufficient evidence that was needed for this case. He hardly responded to my phone calls and

there is still evidence from another law firm that was handling my case that referred my case over to Mr. McCants that is still missing. When telling Mr. Mcants about my bankruptcy case and the other evidence that was missing and that he needed to respond and find out what happened to the other evidence he ignored me several times. I had to keep contacting the courts because I myself did not know how things were going. In my Motion for Summary judgment I was told that the police officers that was named in my case was dismissed although (I did know) who they were but according to Mr. McCants I could not go back and add those police officers to my case so I had to choose those that was remaining in order to get to the next step which was the (deposition). So going forward Mr. McCants basically had me to lie under oath and did not have my best interest at heart. I felt that as my Representative of Counsel he should have notified the courts that the officers that were dismissed in the case from the beginning needed to be renamed in the case and he failed to do that. So I have not been pleased with my Representative of Counsel for those reasons he was terminated.

**IN WITNESS WHEREOF** the plaintiff has signed and sealed this letter of Affidavit

**STATE OF ALABAMA**

**COUNTY OF COLBERT**

I  Mattie James  ,A notary Public in and for said County and State, hereby certify that Cheryl Jarmon Goodman on behalf of and with the authority and state of Alabama, having signed this letter of Affidavit, and being known to me (or whose identity has proven on the basis of satisfactory evidence), acknowledged before me on this day that this is a true statement.

Given in my hands this  Monday  day of September  16  2019.

X Cheryl Jarmon Goodman

My Commission Expires May 11, 2022