FILED
2019 Oct-15  PM 04:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **CHERYL JARMON-GOODMAN,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| vs. | )    Civil Action No. 3:18-CV-00591-CLS |
| | ) |
| **CITY OF MUSCLE SHOALS,** | ) |
| **ALABAMA, et al.,** | ) |
| | ) |
|    **Defendants.** | ) |

## ORDER

This action is, again, before the court on the motion to withdraw filed by plaintiff's counsel, Terrell McCants, on September 10, 2019. *See* doc no. 69 (Motion to Withdraw as Counsel).

This court's initial response to that motion ordered plaintiff to file a written response stating whether she consented to Mr. McCants's withdrawal, and whether a new attorney would enter an appearance on her behalf. *See* doc. no. 70 (Order). Plaintiff responded by means of an affidavit affirming, among other matters, that:

(1)    she had "terminated" Mr. McCants as her attorney on September 2, 2019;

(2)    her "siblings" had retained another *unidentified* attorney to represent her, "*but he will not take this case until all documentation, evidence and paperwork has been sent to me from Mr. McCants office or he will not proceed further*"; and that,

(3)    "*Mr. McCants has not sent any of this information to me* so therefore I am left

without representation until my new [*but unidentified*] Representative of Counsel receives all the information from me and Mr. McCants."

Doc. no. 71 (Plaintiff's "Letter of Affidavit"), at 1 (emphasis supplied).

In response, this court ordered Mr. McCants to answer "*each* of the allegations of plaintiff's affidavit." Doc. no. 80 (Order), at 3 (emphasis in original).

The response filed by Mr. McCants on October 11, 2019 addresses many aspects of his relationship with plaintiff, but neglects to respond to her contention that he has failed to return the materials delivered to him by plaintiff, as well as by her initial attorney of record (*i.e.*, Megan Nicole Garcia, then associated with the Revill Law Firm in Birmingham). *See* doc. no. 81 ("Response to Plaintiff's Affidavit / Order to Show Cause"); *see also id.*, Exhibit 1 (September 1, 2019 letter from plaintiff stating, *e.g.*,: "If you [Mr. McCants] would be so kind, please send a copy of my files to me at my current address along with any other documents that you may have . . . . I will forward them . . . to the new attorneys that have agreed to handle my case.") (alteration and ellipses supplied).

Accordingly, attorney Terrell E. McCants is hereby ORDERED to file, under seal, on or before October 18, 2019, a copy of all documents supplied to him by plaintiff or her previous attorneys.

**DONE** and **ORDERED** this 15th day of October 2019.

_____
United States District Judge