

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| **CHERYL JARMON-GOODMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 3:18-CV-00591-CLS** |
| | ) | |
| **CITY OF MUSCLE SHOALS,** | ) | |
| **ALABAMA,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER OF DISMISSAL

This case is before the court on the following motions: (1) motion for summary judgment filed by defendants Sam Garrison (doc. no. 72); (2) motion for summary judgment filed by Steve Benson (doc. no. 76); and (3) a joint motion for sanctions and dismissal of all claims filed by defendants Garrison and Benson (doc. no. 86). Despite being afforded ample opportunity to respond to those motions (doc. no. 89), the plaintiff has failed to do so.

Upon consideration, defendants' motions for summary judgment (doc. nos. 72 and 76) are GRANTED, and it is ORDERED that all claims against defendants Sam Garrison and Steven Benson be, and the same hereby are DISMISSED with prejudice, and Defendants' joint motion for sanctions and dismissal (doc. no. 86) is denied as MOOT.  The parties shall bear their own attorneys' fees.  Costs are taxed to the

plaintiff.  The clerk is directed to close this file.

       **DONE** and **ORDERED** this 19th day of December, 2019.

_____
United States District Judge